MICHAEL PLIMACK (SBN 133869)
JESSICA WAI-CHUNG CHAN (SBN 247669)
SAMANTHA J. CHOE (SBN 252002)
JOHN D. FREED (SBN 261518)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091
Email: mplimack@cov.com
jchan@cov.com
schoe@cov.com
jfreed@cov.com
Attorneys for Petitioner José Luis Tapia-Fierro

TONY WEST
ELIZABETH STEVENS
SARAH B. FABIAN
U.S. DEPARTMENT OF JUSTICE
Civil Division - Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044-0868
Telephone: 202-532-4824
Facsimile: 202-616-8962
Email: Sarah.B.Fabian@usdoj.gov
Attorneys for Respondents

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSÉ LUIS TAPIA-FIERRO<br><br>    Petitioner,<br><br>    v.<br><br>ERIC HOLDER, Attorney General of the United States, and JANET NAPOLITANO, Secretary of United States Department of Homeland Security, ROBIN F. BAKER, Field Office Director, GABRIELA PACHECO, Assistant Field Office Director, JOHNNY WILLIAMS, Assistant Field Office Director<br><br>    Respondents. | Case No.: ED-CV11-1190(R)(SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting José Luis Tapia-Fierro's Motions for Conversion of Preliminary Injunction to Permanent Injunction and for Summary Judgment, Judgment is entered in favor of Petitioner and against Respondents.

It is hereby ordered that Mr. Tapia-Fierro's Petition for Writ of Habeas Corpus is GRANTED. It is hereby declared that Mr. Tapia-Fierro is an admitted lawful permanent resident and that Respondents' prolonged detention of Mr. Tapia-Fierro without adequate procedural safeguards violates the Due Process Clause of the Fifth Amendment and the Immigration and Nationality Act. The Immigration Judge's bond order dated March 17, 2011 is hereby reinstated and Mr. Tapia-Fierro is to be released from custody.

DATED: Jan. 23, 2012

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE